8:26-cv-1047-KKM-CPT

1. I am the Plaintiff in this matter and have personal knowledge of the facts stated herein.

2. On or about April 17, 2024, at approximately 1:41 PM, I engaged in a text message communication with an individual identified as a manager for Defendant, Blackhawk Transport, Inc.

3. During this communication, I inquired about my work schedule and stated that I preferred to have Saturday as my weekend day off.

4. In response, the manager indicated uncertainty regarding my request and later clarified Defendant's scheduling practices.

5. The manager stated, in substance, that:

   APR 10 2026 PM12:04
   FILED - USDC - FLMD - TPA

   ○ Scheduling is based on company needs and current employee schedules;

   ○ There is no guarantee or implication that a driver will receive a weekend day off;

   ○ Schedule changes may occur only if positions become available; and

   ○ Any such changes are determined based on seniority.

6. These statements were made directly to me and accurately reflect the content of the communication.

7. A true and correct copy of the text message exchange is incorporated herein by reference as part of this Affidavit.

8. This Affidavit is submitted in support of my claims concerning Defendant's employment practices.

_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___ day of _____, 2026.

_____

Myron D. Travis, Jr.

Affiant

IFP